**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tyrone Stewart Jr.           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13082 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Mar 2023, 12:34:08, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322