# EXHIBIT C



Received by PHFA
MAY 06 2018
Homeownership Program

Certified True Copy in place of the Original Document

Prepared by & Return to:
Allied Mortgage Group, Inc.
(Contact and Department Name)

(Address of Lender)
225 E City Avenue, Suite 102

Bala Cynwyd, Pa 19004

PIN/ID Number: 15-00-01876-10

RD BK06158-0463
2018019312   04/24/2018 11:47:30 AM:3
RCD FEE $83.25

AS-ASSIGNMENTS



DELAWARE COUNTY

THOMAS J. JUDGE SR. ROD

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, the undersigned, Allied Mortgage Group, Inc. _____, (Originating Lender) does hereby grant, sell, convey, assign and deliver unto the PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s): Tyrone Stewart Jr

Secured by the real property located at: 804 Felton Avenue Sharon Hill, Pa. 19079
Original Principal Amount of Mortgage: $ 135,315.00   Mortgage Dated: 01/24/2018
County Recorded in: Delaware   Municipality: Darby Township Of
Recorded simultaneously with the above referenced Mortgage OR it must reference the mortgage information below if it is recorded at a later date.

The recording information is as follows: Mortgage Recording Date: 4-24-18  Record Book 6158 Page 440 or Instrument Number: 2018019311

IN WITNESS WHEREOF, the undersigned, has caused this Assignment of Mortgage to be executed by its duly authorized officer.
Date: 1/24/2018

Allied Mortgage Group, Inc.
(ORIGINATING LENDER)
By: _____
Kyle Manseau
Title: Vice President Of Operations

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Montgomery

On this, the 24 day of January, 20 18, before me, the undersigned officer, personally appeared Kyle Manseau _____, an authorized officer of Allied Mortgage Group, Inc.
Kyle Manseau Vice President Of Operations _____, known to me (or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he/she, being authorized to do so, executed the foregoing instrument for the purposes therein contained.
In witness whereof, I have hereunto set my hand and official seal.

Jennifer M McClain
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jennifer M. McClain, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 23, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

### CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignment and assignee is:
PHFA, 211 North Front Street, Harrisburg, PA 17101

PHFA

# Exhibit A

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected Situate in the Township of Darby, County of Delaware and Commonwealth of Pennsylvania, bounded and described according to a Conveyance Plan of Section No. 1 for Narva-Harris Corporation made by H. Gilroy Damon Associates, Inc., Civil Engineers, Sharon Hill, Pennsylvania, dated November 24, 1969 as follows to wit:

BEGINNING at a point on the Southwesterly side of Felton Avenue (fifty feet wide) at the distance of three hundred sixty-six feet measured South twenty-five degrees, twenty-six minutes, East along the said side of Felton Avenue from its point of intersection with the Southwesterly side of Linden Avenue.

CONTAINING in front or breadth along the said side of Felton Avenue measured South twenty-five degrees, twenty-six minutes, East thirty-two feet and extending of that width in length or depth between parallel lines and at right angles to said Felton Avenue measured South sixty-four degrees, thirty-four minutes West one hundred feet.

The Southeasterly line thereof extending through the party wall of the premises adjoining on the Southeast and the Northwesterly line extending along a ten feet wide right of way.

BEING Lot No. 20 on said Plan.