## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tyrone Stewart Jr.<br>    Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>    Movant<br>  vs.<br>Tyrone Stewart Jr.<br>    Debtor(s)<br><br>Kenneth E. West<br>    Trustee | CHAPTER 13<br><br><br>NO. 22-13082 AMC<br><br><br>11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, Mark A. Cronin, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNSYLVANIA HOUSING FINANCE AGENCY for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on April 18, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Tyrone Stewart Jr.
804 Felton Avenue
Sharon Hill, PA 19079

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: April 18, 2023

/s/ Mark A. Cronin
_____
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant