IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Tyrone Stewart, Jr.                 : Case No. 22-13082-AMC

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
PENNSYLVANIA HOUSING FINANCE AGENCY
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. Creditor has received the payments and has cashed them and the Creditor has not applied all 4 payments to the Debtor's account.
7. Debtor opposes the same as the payments have been received and cashed but not applied.
8. Denied.
9. Denied.
10. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                              /s/ David M. Offen
                                              David M. Offen Esquire
                                              Attorney for Debtor

Dated: May 5, 2023

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.