# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 22-13082-AMC

TYRONE STEWART, JR.

804 FELTON AVENUE

SHARON HILL, PA 19079

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TYRONE STEWART, JR.

    804 FELTON AVENUE

    SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                                            /S/ Kenneth E. West

Date: 6/6/2023                                        _____

                                                            Kenneth E. West, Esquire
                                                            Chapter 13 Standing Trustee