**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Tyrone Stewart Jr. | : BANKRUPTCY NO. 22-13082 AMC |
| AMC Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 03/19/2024 at 10:00 AM before the Hon. Ashely M. Chan

Respectfully submitted,

Date: February 6, 2024

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105