United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Tyrone Stewart, Jr.

    Debtor

Case No. 22-13082-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin             Page 1 of 3

Date Rcvd: Feb 07, 2024             Form ID: 152             Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone Stewart, Jr., 804 Felton Avenue, Sharon Hill, PA 19079-2311 |
| 14768486 | + | PA Dept. of L&I, Office of UC Benefits Policy, 651 Boas St., 10th Floor, Harrisburg, PA 17121-0751 |
| 14762822 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760635 | + | Pennsylvania Housing Finance Agency, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg PA 17102-2392 |
| 14736348 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Feb 08 2024 00:15:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA, 17101, U.S.A. 17101-1406 |
| 14736277 | + | Email/Text: broman@amhfcu.org | Feb 08 2024 00:15:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 00:24:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736282 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2024 00:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14736283 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2024 00:24:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14736290 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 08 2024 00:15:00 | PA Department of Labor & Industry, UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14736285 | ^ | MEBN | Feb 08 2024 00:12:41 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14737286 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:24:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739922 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 00:24:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14736286 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0313-2     User: admin     Page 2 of 3

Date Rcvd: Feb 07, 2024     Form ID: 152     Total Noticed: 28

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2024 00:24:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14736287 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 00:15:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14738048 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 08 2024 00:15:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14736288 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 08 2024 00:15:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14736289 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 08 2024 00:15:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14736291 | | Email/Text: blegal@phfa.org | Feb 08 2024 00:15:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14773348 | + | Email/Text: blegal@phfa.org | Feb 08 2024 00:15:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14736293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2024 00:24:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14737630 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 08 2024 00:24:26 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14736294 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 08 2024 00:24:26 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14736295 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:24:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14736296 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 08 2024 00:24:12 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736284 | | Dominique Marie Stewart, Same as Debtor |
| 14736278 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736279 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736280 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736292 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024     Signature:     /s/Gustava Winters

District/off: 0313-2                              User: admin                                  Page 3 of 3
Date Rcvd: Feb 07, 2024                          Form ID: 152                                 Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| DAVID M. OFFEN | on behalf of Debtor Tyrone Stewart  Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARK A. CRONIN | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Pennsylvania Housing Finance Agency mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tyrone Stewart, Jr.

    Debtor(s)

Case No: 22−13082−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 3/19/24 at 10:00 AM , in Courtroom #4, 900 Market Street,
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

46
Form 152