United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13082-amc |
| Tyrone Stewart, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone Stewart, Jr., 804 Felton Avenue, Sharon Hill, PA 19079-2311 |
| 14768486 | + | PA Dept. of L&I, Office of UC Benefits Policy, 651 Boas St., 10th Floor, Harrisburg, PA 17121-0751 |
| 14762822 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760635 | + | Pennsylvania Housing Finance Agency, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg PA 17102-2392 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14736277 | + | Email/Text: jvalencia@amhfcu.org | Nov 01 2024 00:09:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:25:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736282 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 01 2024 00:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14736283 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2024 00:23:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14736290 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 01 2024 00:08:00 | PA Department of Labor & Industry, UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14736285 | ^ | MEBN | Nov 01 2024 00:07:15 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14737286 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:24:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739922 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:23:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14736286 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:23:03 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14736287 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 00:09:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14738048 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 01 2024 00:09:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14736288 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 01 2024 00:09:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14736289 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 01 2024 00:09:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3000 |
| 14736291 | | Email/Text: blegal@phfa.org | Nov 01 2024 00:09:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14773348 | + | Email/Text: blegal@phfa.org | Nov 01 2024 00:09:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14736293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:25:14 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14737630 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 01 2024 00:24:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14736294 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 01 2024 00:24:30 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14736295 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:23:09 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14736348 | ^ | MEBN | Nov 01 2024 00:07:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736296 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2024 00:25:28 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736284 | | Dominique Marie Stewart, Same as Debtor |
| 14736278 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736279 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736280 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736292 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |

on behalf of Debtor Tyrone Stewart Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Tyrone Stewart Jr.<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−13082−amc<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 29, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court