United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-13082-amc |
|---|---|
| Tyrone Stewart, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone Stewart, Jr., 804 Felton Avenue, Sharon Hill, PA 19079-2311 |
| 14768486 | + | PA Dept. of L&I, Office of UC Benefits Policy, 651 Boas St., 10th Floor, Harrisburg, PA 17121-0751 |
| 14762822 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760635 | + | Pennsylvania Housing Finance Agency, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg PA 17102-2392 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Aug 07 2025 00:33:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |
| 14736277 | + | Email/Text: jvalencia@amhfcu.org | Aug 07 2025 00:33:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 00:42:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736282 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 07 2025 00:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14736283 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2025 00:43:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14736290 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 07 2025 00:33:00 | PA Department of Labor & Industry, UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14736285 | ^ | MEBN | Aug 07 2025 00:27:54 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14737286 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 00:43:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739922 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 00:43:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14736286 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 00:43:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NY 11804-9001 |
| 14736287 | + | Email/Text: bankruptcydpt@mcmcg.com Aug 07 2025 00:33:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14738048 | + | Email/Text: ext_ebn_inbox@navyfederal.org Aug 07 2025 00:33:00 | | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14736288 | + | Email/Text: ext_ebn_inbox@navyfederal.org Aug 07 2025 00:33:00 | | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14736289 | + | Email/Text: ext_ebn_inbox@navyfederal.org Aug 07 2025 00:33:00 | | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14736291 | | Email/Text: blegal@phfa.org Aug 07 2025 00:33:00 | | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14773348 | + | Email/Text: blegal@phfa.org Aug 07 2025 00:33:00 | | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14736293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2025 00:44:02 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14737630 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM Aug 07 2025 00:43:12 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14736294 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM Aug 07 2025 00:43:12 | | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14736295 | + | Email/PDF: resurgentbknotifications@resurgent.com Aug 07 2025 00:43:03 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14736348 | | ^ MEBN Aug 07 2025 00:28:02 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736296 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Aug 07 2025 00:57:50 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736284 | | Dominique Marie Stewart, Same as Debtor |
| 14736278 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736279 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736280 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14736292 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 06, 2025 | Form ID: pdf900 | Total Noticed: 28

Date: Aug 08, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tyrone Stewart Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| TYRONE STEWART JR | Bankruptcy No. 22-13082-AMC |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 5, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge